**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Jonathan Stern, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Lihua International, Inc. Securities Litigation** | No. 14-CV-5037-RA-RLE<br><br>CLASS ACTION |

**NOTICE OF MOTION FOR DISTRIBUTION OF**
**CLASS ACTION SETTLEMENT FUNDS**

PLEASE TAKE NOTICE that counsel for Lead Plaintiff James Holtz ("Plaintiff"), shall move before the Honorable Ronnie Abrams of the United States District Court for the Southern District of New York, Courtroom 1506, 40 Foley Square, New York, New York, 10007, for an order granting the Distribution of Class Action Settlement Funds.

In support of this Motion, Plaintiff submits: (1) a Memorandum of Law dated October 29, 2018; (2) the Declaration of Josephine Bravata Concerning The Results of the Claims Administration Process ("Bravata Declaration"); and (3) a Proposed Order.

Dated: October 29, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ *Laurence M. Rosen*
Laurence M. Rosen, Esq.
Jonathan Stern, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Laurence M. Rosen*